# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

June 21, 2018

Lyle W. Cayce
Clerk

No. 17-20704
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JERELL MULKEY,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CR-657-1

Before REAVLEY, GRAVES, and HO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Jerell Mulkey has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mulkey has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Mulkey's claim of ineffective assistance of counsel; we therefore decline to consider the claim without

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-20704

prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mulkey's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.